IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION



 

 
 
 
 
 
 Skip to Main Content
 Accessibility Statement
 
 
 
 
 
 Help
 Contact Us
 
 
 
 
 e-payments
 Careers
 
 
 
 
 
 
 
 
 
 
 
 Home
 Courts
 Decisions
 Programs
 News
 Legal Research
 Court Records
 Quick Links
 
 
 
 
 
 OSCN Found Document:IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION

 

 
 



 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 IN THE MATTER OF THE SUSPENSION OF MEMBERS OF THE OKLAHOMA BAR ASSOCIATION
2019 OK 41
Case Number: SCBD-6800
Decided: 06/10/2019
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2019 OK 41, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

ORDER OF SUSPENSION FOR FAILURE TO COMPLY WITH THE 
RULES FOR MANDATORY CONTINUING LEGAL EDUCATION

On May 20, 2019, the Board of Governors of the Oklahoma Bar Association filed an Application for the suspension of members who failed to comply with mandatory legal education requirements for the year 2018 as required by Rules 3 and 5 of the Rules for Mandatory Continuing Legal Education (MCLE Rules), 5 O.S. 2011, ch. 1, app. 1-B. The Board of Governors recommended the members, whose names appear on the Exhibit A attached to the Application, be suspended from membership in the Oklahoma Bar Association and prohibited from the practice of law in the State of Oklahoma, as provided by Rule 6 of the MCLE Rules.

This Court finds that on March 15, 2019, the Executive Director of the Oklahoma Bar Association mailed, by certified mail to all Oklahoma Bar Association members not in compliance with Rules 3 and 5 of the MCLE Rules, an Order to Show Cause within sixty days why the member's membership in the Oklahoma Bar Association should not be suspended. The Board of Governors determined that the Oklahoma Bar Association members named on Exhibit A of its Application have not shown good cause why the member's membership should not be suspended.

This Court, having considered the Application of the Board of Governors of the Oklahoma Bar Association, finds that each of the Oklahoma Bar Association members named on Exhibit A, attached hereto, should be suspended from Oklahoma Bar Association membership and shall not practice law in this state until reinstated.

IT IS THEREFORE ORDERED that the attorneys named on Exhibit A, attached hereto, are hereby suspended from membership in the Association and prohibited from the practice of law in the State of Oklahoma for failure to comply with the MCLE Rules for the year 2018.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 10th DAY OF JUNE, 2019.

/S/CHIEF JUSTICE

Gurich, C.J., Darby, V.C.J., Kauger, Winchester, Edmondson, Colbert and Combs, JJ., concur.

 

 

Exhibit A

 
 
  
  
 
 
 
 Brent Douglas Berry, OBA No. 18013
 West Ylla Gosney Law Office
 8 S.W. 89th St., Suite 200
 Oklahoma City, OK 73139-8533

 Jess Lynn Brewer II, OBA No. 14680
 13428 Palm Ave.
 Edmond, OK 73013

 Jade Caldwell, OBA No. 31820
 12316A N. May Ave., Ste. 216
 Oklahoma City, OK 73120

 Creighton Coy Collier, OBA No. 19434
 4618 S. Columbia Pl.
 Tulsa, OK 74105

 William Christopher Cook, OBA No. 18035
 1001 N.W. 63rd, Ste. 290
 Oklahoma City, OK 73116

 Rodney Alan Edwards, OBA No. 2646
 6226 E. 101st St., Ste. 100
 Tulsa, OK 74137

 David Brian Fuller, OBA No. 32207
 3931 Highland Drive
 Tahlequah, OK 74464

 Douglas Kennard Garrett, OBA No. 12105
 1808 Stonewood Cir.
 Norman, OK 73026-0631

 Brandi Lynn Gragg, OBA No. 30335
 P.O. Box 701332
 Tulsa, OK 74170

 John Thomas Green, OBA No. 32944
 121 E. Grand Ave.
 Ponca City, OK 74601

 Bryan Lynn Kingery, OBA No. 15507
 P.O. Box 398
 Ada, OK 74821-0398
 
 
 Emilie P. Kirkpatrick, OBA No. 21257
 1901 N. Classen, Ste. 100
 Oklahoma City, OK 73106

 Joan Marie Lamson, OBA No. 18756
 3709 N. Miller Ave.
 Oklahoma City, OK 73112

 Norman Kyle Mccallum, OBA No. 19676
 102 W Jackson St.
 Hugo, OK 74743-3310

 Brandon Scott Nichols, OBA No. 18973
 215 N. Cooke Tr.
 Edmond, OK 73034

 Thomas Edward Quirk, OBA No. 30793
 P.O. Box 849
 780 FM 1626
 Manchca, TX 78652-0849

 Chad Robert Reineke, OBA No. 20316
 P.O. Box 14733
 Oklahoma City, OK 73113-0733

 Daniel Paul Stake, OBA No. 8538
 P.O. Box 202
 Kingfisher, OK 73750

 Amber Ann Sweet, OBA No. 31725
 10535 E. 156th St. N
 Collinsville, OK 74021

 Joshua James Young, OBA No. 22345
 P.O. Box 1063
 Sapulpa, OK 74067
 
 
 

 





 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 








 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA